**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000830**
**15-MAY-2025**
**08:19 AM**
**Dkt. 10 ODSD**

NO. CAAP-24-0000830

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

S.V., Petitioner-Appellee, v.
D.U., Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-23-0001254)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On December 17, 2024, Respondent-Appellant D.U. filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before February 28, 2025, and March 31, 2025, respectively;

(3) D.U. failed to file either document, or request an extension of time;

(4) On April 9, 2025, the appellate clerk entered a default notice informing D.U. that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 21, 2025, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and D.U. could request relief from default by motion; and

(5) D.U. has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 15, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge